IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

CERTAIN PLAINTIFFS

v.

CERTAIN DEFENDANTS

Consolidated Under
MDL DOCKET NO. 875

O R D E R

**RULE TO SHOW CAUSE HEARING AND/OR STATUS AND SCHEDULING CONFERENCE FOR CASES ORIGINALLY FILED IN THE EASTERN DISTRICT OF PENNSYLVANIA**

**AND NOW**, this **13th** day of **May 2009**, it is hereby **ORDERED** that a rule to show cause hearing and/or a status and scheduling conference will be held in the captioned cases[1] on **Wednesday, June 17, 2009** at **9:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Prior to the conference, counsel shall review and ascertain the status of each case. Plaintiff's counsel in each case must be prepared to state why the case should not be dismissed for lack of prosecution.

It is further **ORDERED** that failure to appear at the hearing and/or conference shall result in the dismissal of the case.

It is further **ORDERED** that counsel for each plaintiff

---

[1] See Exhibit "A", attached, for listing of individual cases. The cases will also be listed on the Court's MDL 875 website, available at www.paed.uscourts.gov/mdl875.asp.

appearing at the conference shall be prepared to provide the following information to the court:

    a.) Each defendant with whom plaintiff has achieved resolution of his or her claim.

    b.) Each defendant that plaintiff now desires to dismiss from the action.

    c.) Each defendant that is currently in bankruptcy with a claim pending.

    d.) Each unsettled defendant not in bankruptcy ("unsettled defendants").

It is further **ORDERED** that, as to all unsettled defendants, counsel for the plaintiff and defendant in each case shall be prepared to report to the court[2]:

    a.) Status of compliance with Administrative Orders no. 12, 12 as amended, and 14.

    b.) Any outstanding discovery.

    c.) Any discovery that is still needed and a timetable for its completion.

    d.) Whether the plaintiff has obtained a medical diagnosing report or opinion upon which the plaintiff now relies for prosecuting his or her claim, if so, counsel shall provide the name and address of the physician or medical provider

---

[2] A written report for submission to the court is not necessary, however, counsel must be prepared to provide this information to the court promptly when the case is called.

who has supplied the diagnosing report or opinion.

e.) Any motions pending.

f.) Readiness for trial and a proposed trial date.

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.

**AND IT IS SO ORDERED**

_____
EDUARDO C. ROBRENO, J.

## EXHIBIT "A"

| E.D. PA Case Number | Plaintiff Name | Plaintiff's Counsel |
|---|---|---|
| 2:88-cv-04218-JG | Mary Tomlinson | PERLBERGER, NORMAN |
| 2:88-cv-04221-JG | Russell Breece | PERLBERGER, NORMAN |
| 2:88-cv-04222-JG | Ericka Markelwith | GREITZER, MARTIN |
| 2:88-cv-04226-JG | Carol M. Heene | GREITZER, MARTIN |
| 2:88-cv-04227-JG | David Weinstein | WEINGARTEN, MARC |
| 2:88-cv-04228-JG | Benjamin P. Hill | WEINGARTEN, MARC |
| 2:88-cv-04235-JG | Patricia L. Lamb | POWELL, KENNETH |
| 2:88-cv-04239-JG | Charles P. Luttrell | SHEIN, JOSEPH |
| 2:88-cv-04254-JG | Estelle Schaff | GREITZER, MARTIN |
| 2:88-cv-04265-JG | Barbara Maliszewski | BROWN, LAURENCE |
| 2:88-cv-04299-JG | Andrew Lalasis | PERLBERGER, NORMAN |
| 2:88-cv-04312-JG | Antonia Palumbo | BROWN, LAURENCE |
| 2:88-cv-04313-JG | Anthony J. Thomas | BROWN, LAURENCE |
| 2:88-cv-04333-JG | Ruthanne Widzins | GREITZER, MARTIN |
| 2:88-cv-04334-JG | Beura Kern | PERLBERGER, NORMAN |
| 2:88-cv-04335-JG | Barbara J. Weyant | GREITZER, MARTIN |
| 2:88-cv-04336-JG | Ann K. Chuck | GREITZER, MARTIN |
| 2:88-cv-04350-JG | Anita L. Kendus | HOWARD, GEORGE |
| 2:88-cv-04360-JG | Arthur V. Hinde | SHEIN, JOSEPH |
| 2:88-cv-04362-JG | Jennie Moore | BROWN, LAURENCE |
| 2:88-cv-04364-JG | Eleanor Pavlak | BROWN, LAURENCE |
| 2:88-cv-04366-JG | Catherine Berry | BROWN, LAURENCE |
| 2:88-cv-04367-JG | Katherine Anderson | BROWN, LAURENCE |
| 2:88-cv-04368-JG | Harry J. Klemowitz | BROWN, LAURENCE |
| 2:88-cv-04369-JG | ELMER H. BURKETT | BROWN, LAURENCE |
| 2:88-cv-04371-JG | Lloyd Branch | BROWN, LAURENCE |
| 2:88-cv-04372-JG | Joseph P. Kirlin | BROWN, LAURENCE |
| 2:88-cv-04373-JG | CAROL BURKETT | BROWN, LAURENCE |
| 2:88-cv-04379-JG | Joseph Yorck | RUBIN, EDWARD |
| 2:88-cv-04398-JG | Carl C. Wager | SCHWARTZ, JEFFREY |
| 2:88-cv-04399-JG | Sara E. Trapp | SCHWARTZ, JEFFREY |
| 2:88-cv-04400-JG | Blanche Frankievich | SCHWARTZ, JEFFREY |
| 2:88-cv-04409-JG | Herbert Walker | BROWN, LAURENCE |
| 2:88-cv-04442-JG | Albert Grubbs | FORCENO, RAYMOND |
| 2:88-cv-04483-JG | George R. Egloff | GREITZER, MARTIN |
| 2:88-cv-04484-JG | Arthur R. Hornsby | PERLBERGER, NORMAN |
| 2:88-cv-04485-JG | Harold Miller | GREITZER, MARTIN |
| 2:88-cv-04488-JG | Janet E. Sturak | PERLBERGER, NORMAN |
| 2:88-cv-04498-JG | MARGARET CARBONE | PERLBERGER, NORMAN |
| 2:88-cv-04500-JG | Constance Hartley | PERLBERGER, NORMAN |
| 2:88-cv-04501-JG | Herman L. Katzen | GREITZER, MARTIN |
| 2:88-cv-04506-JG | Marie Latsha | SCHWARTZ, JEFFREY |
| 2:88-cv-04508-JG | Coolidge Green | BROWN, LAURENCE |
| 2:88-cv-04509-JG | MARCELLUS HOLMES | BROWN, LAURENCE |
| 2:88-cv-04510-JG | William Fenstemacher | BROWN, LAURENCE |
| 2:88-cv-04511-JG | Dolores Field | BROWN, LAURENCE |
| 2:88-cv-04512-JG | Helen J. Nickel | BROWN, LAURENCE |
| 2:88-cv-04533-JG | Marie Messier | SHEIN, JOSEPH |
| 2:88-cv-04535-JG | Suzanne Crossman | SCHWARTZ, JEFFREY |
| 2:88-cv-04536-JG | Edwin D. Walters | SCHWARTZ, JEFFREY |

| Case Number | Plaintiff | Attorney |
|---|---|---|
| 2:88-cv-04537-JG | Mary Lahoda | SCHWARTZ, JEFFREY |
| 2:88-cv-04540-JG | Nicholas Kalamon | SCHWARTZ, JEFFREY |
| 2:88-cv-04541-JG | Armelle Kurtz | SCHWARTZ, JEFFREY |
| 2:88-cv-04542-JG | Harold V. McAfee | SCHWARTZ, JEFFREY |
| 2:88-cv-04543-JG | CATHERINE KALAMON | SCHWARTZ, JEFFREY |
| 2:88-cv-04544-JG | Clyde E. (sr) Trievel | SCHWARTZ, JEFFREY |
| 2:88-cv-04545-JG | Joan Landis | SCHWARTZ, JEFFREY |
| 2:88-cv-04546-JG | Virginia Smith | SCHWARTZ, JEFFREY |
| 2:88-cv-04549-JG | Earline Evans | KLEIN, CHARLES |
| 2:88-cv-04550-JG | Carol Rhoads | SCHWARTZ, JEFFREY |
| 2:88-cv-04551-JG | Fred A. Loeper | SCHWARTZ, JEFFREY |
| 2:88-cv-04552-JG | Betty Sterner | SCHWARTZ, JEFFREY |
| 2:88-cv-04553-JG | Elfriede Shomper | SCHWARTZ, JEFFREY |
| 2:88-cv-04554-JG | Anthony J. Panfile | SCHWARTZ, JEFFREY |
| 2:88-cv-04555-JG | Alfred F. Kurtz | KLEIN, CHARLES |
| 2:88-cv-04556-JG | James J. Psota | SCHWARTZ, JEFFREY |
| 2:88-cv-04557-JG | Harold L. Care | KLEIN, CHARLES |
| 2:88-cv-04558-JG | Loretta Orr | BROWN, LAURENCE |
| 2:88-cv-04559-JG | Anna M. Giannattasio | BROWN, LAURENCE |
| 2:88-cv-04560-JG | John G. Williamson | BROWN, LAURENCE |
| 2:88-cv-04590-JG | Arthur A. Viering | PERLBERGER, NORMAN |
| 2:88-cv-04592-JG | Eleanor M. Kehoe | PERLBERGER, NORMAN |
| 2:88-cv-04625-JG | Barbara Holston | GREITZER, MARTIN |
| 2:88-cv-04684-JG | Helen M. Conlan | GORDON, ROBERT |
| 2:88-cv-04702-JG | Grace Connelly | SCHWARTZ, JEFFREY |
| 2:88-cv-04704-JG | A. Roger Bauknecht | KLEIN, CHARLES |
| 2:88-cv-04705-JG | Barbara Browning | KLEIN, CHARLES |
| 2:88-cv-04706-JG | Kathleen P. Goretski | KLEIN, CHARLES |
| 2:88-cv-04707-JG | Anna B. Breidenbach | SCHWARTZ, JEFFREY |
| 2:88-cv-04710-JG | Catherine Balay | MARSHALL, DONALD |
| 2:88-cv-04712-JG | Irene Williford | ROSENBLEETH, RICHARD |
| 2:88-cv-04713-JG | Frank L. George | BROWN, LAURENCE |
| 2:88-cv-04715-JG | John J. Gentile | BROWN, LAURENCE |
| 2:88-cv-04716-JG | Donald F. East | BROWN, LAURENCE |
| 2:88-cv-04717-JG | Herbert Duckett | BROWN, LAURENCE |
| 2:88-cv-04718-JG | Norma Ermilio | BROWN, LAURENCE |
| 2:88-cv-04719-JG | Carl E. Lind | BROWN, LAURENCE |
| 2:88-cv-04747-JG | Barry G. Drey | SCHWARTZ, JEFFREY |
| 2:88-cv-04757-JG | Dorothy Hicks | COHAN, LAWRENCE |
| 2:88-cv-04758-JG | Judith Van Noy | COHAN, LAWRENCE |
| 2:88-cv-04759-JG | Anna Pennise | COHAN, LAWRENCE |
| 2:88-cv-04769-JG | HEWELL LEWIS | GREITZER, MARTIN |
| 2:88-cv-04772-JG | Richard B. Parker | PERLBERGER, NORMAN |
| 2:88-cv-04775-JG | Michelina Aloi | COHEN, MITCHELL |
| 2:88-cv-04781-JG | John J. Klein | COHAN, LAWRENCE |
| 2:88-cv-04789-JG | Ann C. McDermott | COHEN, MITCHELL |
| 2:88-cv-04805-JG | Elizabeth Greenan | BROWN, LAURENCE |
| 2:88-cv-04806-JG | Elizabeth Giordano | BROWN, LAURENCE |
| 2:88-cv-04807-JG | Robert Flannery | BROWN, LAURENCE |
| 2:88-cv-04808-JG | Elizabeth Phillips | BROWN, LAURENCE |

| Case Number | Plaintiff | Attorney |
|---|---|---|
| 2:88-cv-04809-JG | Thompson R. Fahringer | BROWN, LAURENCE |
| 2:88-cv-04810-JG | Francis Ferrell | BROWN, LAURENCE |
| 2:88-cv-04849-JG | Helen Grace | KLEIN, CHARLES |
| 2:88-cv-04850-JG | Paul D. Bertsch | SCHWARTZ, JEFFREY |
| 2:88-cv-04852-JG | Norman E. Baur | SCHWARTZ, JEFFREY |
| 2:88-cv-04854-JG | Helen Becker | SCHWARTZ, JEFFREY |
| 2:88-cv-04855-JG | Anthony C. Costantino | SCHWARTZ, JEFFREY |
| 2:88-cv-04939-JG | Barbara J. Kovalick | ROSENBLEETH, RICHARD |
| 2:88-cv-04940-JG | Catherine Halat | ROSENBLEETH, RICHARD |
| 2:88-cv-04941-JG | Mary Ann McLaughlin | PERLBERGER, NORMAN |
| 2:88-cv-04964-JG | Russell F. Weidner | KLEIN, CHARLES |
| 2:88-cv-04965-JG | Ann Mae Mourar | SCHWARTZ, JEFFREY |
| 2:88-cv-04966-JG | Lillian E. Higgins | KLEIN, CHARLES |
| 2:88-cv-04981-JG | Joseph Marshalek | PERLBERGER, NORMAN |
| 2:88-cv-04982-JG | Ann Burgess | GREITZER, MARTIN |
| 2:88-cv-04984-JG | Ernest Gilbert | GREITZER, MARTIN |
| 2:88-cv-05018-JG | Lorrain J. Roberts | GORDON, ROBERT |
| 2:88-cv-05021-JG | Donald R. Frederick | SCHWARTZ, JEFFREY |
| 2:88-cv-05022-JG | Betty Shoff | SCHWARTZ, JEFFREY |
| 2:88-cv-05070-JG | Dolores Wagner | MARSHALL, DONALD |
| 2:88-cv-05072-JG | Eugene Bearden | COHAN, LAWRENCE |
| 2:88-cv-05074-JG | Donald Patterson | COHAN, LAWRENCE |
| 2:88-cv-05075-JG | Jacqueline R. Mason | COHAN, LAWRENCE |
| 2:88-cv-05076-JG | Iris Mariani | COHAN, LAWRENCE |
| 2:88-cv-05089-JG | Glenna E. Richards | SCHWARTZ, JEFFREY |
| 2:88-cv-05092-JG | Anthony J. (sr) Cassano | LEVIN, LAWRENCE |
| 2:88-cv-05097-JG | Thomas Scarazza | PAUL, ROBERT |
| 2:88-cv-05098-JG | Frances Hartman | PAUL, ROBERT |
| 2:88-cv-05114-JG | Dorothy G. Ford | SHEIN, JOSEPH |
| 2:88-cv-05131-JG | Agusta Papa | BROWN, LAURENCE |
| 2:88-cv-05149-JG | George H. Seamen | BROWN, LAURENCE |
| 2:88-cv-05150-JG | Bernice Robinson | BROWN, LAURENCE |
| 2:88-cv-05151-JG | Claude Satterfield | BROWN, LAURENCE |
| 2:88-cv-05152-JG | Jack M. Haar | WEINGARTEN, MARC |
| 2:88-cv-05156-JG | Samuel S. (jr) Morgan | KLEIN, CHARLES |
| 2:88-cv-05209-JG | Curtis W. Johnson | KORAL, MARK |
| 2:88-cv-05211-JG | Daniel Dawson | PERLBERGER, NORMAN |
| 2:88-cv-05245-JG | Jessica Burkert | ROSENBLEETH, RICHARD |
| 2:88-cv-05260-JG | George A. Humphrey | COHEN, MICHAEL |
| 2:88-cv-05261-JG | Catherine Rosnick | COHEN, MITCHELL |
| 2:88-cv-05287-JG | Elizabeth Healey | BALEFSKY, LEE |
| 2:88-cv-05291-JG | Gloria T. Mangles | BROWN, LAURENCE |
| 2:88-cv-05310-JG | Adolf Schwarz | GREITZER, MARTIN |
| 2:88-cv-05312-JG | Harry Gentile | BROWN, LAURENCE |
| 2:88-cv-05313-JG | Dolores Ellison | BROWN, LAURENCE |
| 2:88-cv-05327-JG | Susan Wilkes | MARSHALL, DONALD |
| 2:88-cv-05336-JG | Richard E. Borski | MODESTI, MARYANN |
| 2:88-cv-05398-JG | John B. Kleckner | COHAN, LAWRENCE |
| 2:88-cv-05402-JG | Joseph A. Rossi | GORDON, ROBERT |
| 2:88-cv-05403-JG | ROSE TERSZORSKI | BALEFSKY, LEE |

| Case Number | Plaintiff | Attorney |
|---|---|---|
| 2:88-cv-05410-JG | Ernest M. Giordano | LEVIN, NELSON |
| 2:88-cv-05415-JG | David Shannon | PAUL, ROBERT |
| 2:88-cv-05437-JG | Betty Campell | BROWN, LAURENCE |
| 2:88-cv-05463-JG | Vera Clift | SCHWARTZ, JEFFREY |
| 2:88-cv-05479-JG | Mary T. Cipolloni | WEINGARTEN, MARC |
| 2:88-cv-05481-JG | Teresa Kelley | BROWN, LAURENCE |
| 2:88-cv-05488-JG | John C. Kerr | SHEIN, JOSEPH |
| 2:88-cv-05489-JG | Stella Pantuk | SHEIN, JOSEPH |
| 2:88-cv-05490-JG | Dorothy Labrie | PITKOW, HAL |
| 2:88-cv-05494-JG | H. Virginia Thrash | RUBIN, EDWARD |
| 2:88-cv-05495-JG | Lavinia Cruice | WEINFELD, DAVID |
| 2:88-cv-05496-JG | Carmella Ferro | WEINFELD, DAVID |
| 2:88-cv-05497-JG | Amy Fisher | WEINFELD, DAVID |
| 2:88-cv-05498-JG | Joseph T. Haughey | WEINFELD, DAVID |
| 2:88-cv-05499-JG | Marion Gallagher | WEINFELD, DAVID |
| 2:88-cv-05500-JG | Beverly Horger | WEINFELD, DAVID |
| 2:88-cv-05501-JG | Fay T. Lewis | WEINFELD, DAVID |
| 2:88-cv-05503-JG | Florence McCourt | WEINFELD, DAVID |
| 2:88-cv-05505-JG | DOROTHY YOUNG | WEINFELD, DAVID |
| 2:88-cv-05518-JG | Gloria Black | LONG, JAMES |
| 2:88-cv-05519-JG | Norman J. Hurlds | HAFT, LARRY |
| 2:88-cv-05520-JG | Miriam M. Wike Noble | ROSENBLEETH, RICHARD |
| 2:88-cv-05539-JG | Joseph Guglielmucci | PAUL, ROBERT |
| 2:88-cv-05546-JG | Joseph E. Sadusky | GREITZER, MARTIN |
| 2:88-cv-05563-JG | Francisco Ramos | PAUL, ROBERT |
| 2:88-cv-05564-JG | Barbara MacAuley | REICH, ALAN |
| 2:88-cv-05573-JG | Frank Rouh | BROWN, LAURENCE |
| 2:88-cv-05596-JG | Arthur (jr) Snowden | ROSENBLEETH, RICHARD |
| 2:88-cv-05604-JG | Anthony (jr) Bauer | WEINFELD, DAVID |
| 2:88-cv-05605-JG | Margaret P. Clarke | WEINFELD, DAVID |
| 2:88-cv-05606-JG | Barbara Dalessio | WEINFELD, DAVID |
| 2:88-cv-05607-JG | Delores Fluharty | WEINFELD, DAVID |
| 2:88-cv-05608-JG | Francis J. Gloser | WEINFELD, DAVID |
| 2:88-cv-05609-JG | Thomas E. Haines | WEINFELD, DAVID |
| 2:88-cv-05610-JG | Martin J. (jr) Mansi | WEINFELD, DAVID |
| 2:88-cv-05611-JG | Eleanor Martorano | WEINFELD, DAVID |
| 2:88-cv-05613-JG | MARGARET RODRIGUEZ | WEINFELD, DAVID |
| 2:88-cv-05615-JG | Doris Walsh | WEINFELD, DAVID |
| 2:88-cv-05616-JG | Parma Yadavia | WEINFELD, DAVID |
| 2:88-cv-05623-JG | Edythe Hold | BROWN, LAURENCE |
| 2:88-cv-05624-JM | Homer Greenage | BROWN, LAURENCE |
| 2:88-cv-05625-JG | ALICE DEGEORGE | BROWN, LAURENCE |
| 2:88-cv-05626-JG | John D. Jrescanko | BROWN, LAURENCE |
| 2:88-cv-05629-JG | Richard Dicioccio | BALEFSKY, LEE |
| 2:88-cv-05635-JG | Nathan Williams | PAUL, ROBERT |
| 2:88-cv-05636-JG | John Savage | PAUL, ROBERT |
| 2:88-cv-05637-JG | Antoinette Lynch | PAUL, ROBERT |
| 2:88-cv-05655-JG | Alice E. Ritter | ROSENBLEETH, RICHARD |
| 2:88-cv-05661-JG | Leo Casey | MYERS, RICHARD |
| 2:88-cv-05667-JG | Agnes R. Brosius | HANNAWAY, E. |

| | | |
|---|---|---|
| 2:88-cv-05670-JG | Lois E. Frank | GORDON, ROBERT |
| 2:88-cv-05671-JG | Donald Mellor | GORDON, ROBERT |
| 2:88-cv-05673-JG | Harold J. Riedel | GORDON, ROBERT |
| 2:88-cv-05674-JG | Titus E. Hertzog | GORDON, ROBERT |
| 2:88-cv-05681-JG | Bernice Irwin | WEINFELD, DAVID |
| 2:88-cv-05682-JG | Edward F. Large | WEINFELD, DAVID |
| 2:88-cv-05683-JG | John J. McGlade | WEINFELD, DAVID |
| 2:88-cv-05684-JG | Laurence L. Igoe | WEINFELD, DAVID |
| 2:88-cv-05685-JG | Robert J. (jr) Murray | WEINFELD, DAVID |
| 2:88-cv-05694-JG | Theresa Sobotka | SHOR, JAY |
| 2:88-cv-05701-JG | John T. Clarke | PAUL, ROBERT |
| 2:88-cv-05722-JG | Frances Moriarty | BROWN, LAURENCE |
| 2:88-cv-05727-JG | Bernice Corso | SHEIN, JOSEPH |
| 2:88-cv-05728-JG | CHARLIE BEGLEY | SHEIN, JOSEPH |
| 2:88-cv-05784-JG | Frances Kolodchak | ROSENBLEETH, RICHARD |
| 2:88-cv-05797-JG | JOSEPH R. WHITE | LEH, MICHAEL |
| 2:88-cv-05798-JG | Sallyann Breslin | COHEN, MITCHELL |
| 2:88-cv-05843-JG | Edith Campanelli | FORCENO, RAYMOND |
| 2:88-cv-05898-JG | Thomas Closson | PAUL, ROBERT |
| 2:88-cv-05909-JG | Earl Allen | GAVIN, SANDRA |
| 2:88-cv-05981-JG | John Charles Harrity | WEINGARTEN, MARC |
| 2:88-cv-05990-JG | Frank Lockwood | BROWN, LAURENCE |
| 2:88-cv-05991-JG | Helen Dessaw | BROWN, LAURENCE |
| 2:88-cv-06036-JG | Florence Maiale | LEH, MICHAEL |
| 2:88-cv-06065-JG | Joan L. Braun | SCHWARTZ, JEFFREY |
| 2:88-cv-06070-JG | Alberta B. Iannotti | SHEIN, JOSEPH |
| 2:88-cv-06071-JG | Marie Messier | SHEIN, JOSEPH |
| 2:88-cv-06086-JG | Ernest P. Garyantes | FORCENO, RAYMOND |
| 2:88-cv-06090-JG | Kenneth A. Henning | FORCENO, RAYMOND |
| 2:88-cv-06091-JG | Dominic Antonuzzzi | FORCENO, RAYMOND |
| 2:88-cv-06136-JG | Anthony Colasante | SHEIN, JOSEPH |
| 2:88-cv-06164-JG | Linbergh Stewart | PAUL, ROBERT |
| 2:88-cv-06167-JG | Charles G. Kind | FORCENO, RAYMOND |
| 2:88-cv-06174-JG | Tillie Pezzano | CHILDS, DANIEL |
| 2:88-cv-06176-JG | Edward Wojeck | CHILDS, DANIEL |
| 2:88-cv-06188-JG | Carolyn MacCrone | MARSHALL, DONALD |
| 2:88-cv-06189-JG | Joseph H. Doyle | MARSHALL, DONALD |
| 2:88-cv-06211-JG | Charles H. (jr) Wortham | FORCENO, RAYMOND |
| 2:88-cv-06212-JG | James A. Wolfgang | FORCENO, RAYMOND |
| 2:88-cv-06213-JG | Albert M. Swanson | FORCENO, RAYMOND |
| 2:88-cv-06214-JG | Lena Cermele | FORCENO, RAYMOND |
| 2:88-cv-06216-JG | Diane Lynn Coyle | GREITZER, MARTIN |
| 2:88-cv-06267-JG | Earle A. (jr) Thompson | ROSENBLEETH, RICHARD |
| 2:88-cv-06270-JG | Charles Kupiec | ROSENBLEETH, RICHARD |
| 2:88-cv-06271-JG | Thomas O'Brien | PERLBERGER, NORMAN |
| 2:88-cv-06272-JG | Orie C. Brown | GREITZER, MARTIN |
| 2:88-cv-06313-JG | Frank Daniels | BROWN, LAURENCE |
| 2:88-cv-06319-JG | Gladys R. Davis | BROWN, LAURENCE |
| 2:88-cv-06351-JG | Beatrice L. Roberts | ROSENBLEETH, RICHARD |
| 2:88-cv-06359-JG | Lester J. Coates | BROWN, LAURENCE |

| Case Number | Name | Attorney |
|---|---|---|
| 2:88-cv-06362-JG | Marcella Harkenson | BROWN, LAURENCE |
| 2:88-cv-06363-JG | Alice Darnell | BROWN, LAURENCE |
| 2:88-cv-06364-JG | Frank Toy | MURPHY, ROBERT |
| 2:88-cv-06365-JG | George Meyers | MURPHY, ROBERT |
| 2:88-cv-06371-JG | Helen Beach | WEINFELD, DAVID |
| 2:88-cv-06372-JG | Alexander Cropper | WEINFELD, DAVID |
| 2:88-cv-06373-JG | Carmen J. Della Pace | WEINFELD, DAVID |
| 2:88-cv-06374-JG | John R. (jr) Furlong | WEINFELD, DAVID |
| 2:88-cv-06375-JG | ALVIN M. HARKINS | WEINFELD, DAVID |
| 2:88-cv-06376-JG | Esther Hobbins | WEINFELD, DAVID |
| 2:88-cv-06377-JG | Robin Hocker | WEINFELD, DAVID |
| 2:88-cv-06378-JG | Harold J. Hughes | WEINFELD, DAVID |
| 2:88-cv-06379-JG | Bernice Izbiansky | WEINFELD, DAVID |
| 2:88-cv-06380-JG | Margaret Jackson | WEINFELD, DAVID |
| 2:88-cv-06382-JG | Joseph B. Kurtz | WEINFELD, DAVID |
| 2:88-cv-06384-JG | James W. Martin | WEINFELD, DAVID |
| 2:88-cv-06385-JG | Donna Rubio | WEINFELD, DAVID |
| 2:88-cv-06386-JG | Eleanore Scheb | WEINFELD, DAVID |
| 2:88-cv-06387-JG | Edna Thompson | WEINFELD, DAVID |
| 2:88-cv-06388-JG | George R. White | WEINFELD, DAVID |
| 2:88-cv-06389-JG | Barbara Young | WEINFELD, DAVID |
| 2:88-cv-06394-JG | Elvera Giandomenico | MARSHALL, DONALD |
| 2:88-cv-06404-JG | Irene Dudziec | ROSENBLEETH, RICHARD |
| 2:88-cv-06432-JG | James W. Murphy | BROWN, LAURENCE |
| 2:88-cv-06487-JG | Raymond L. Byrne | SHEIN, JOSEPH |
| 2:88-cv-06523-JG | DELBERT WORTH | ROSENBLEETH, RICHARD |
| 2:88-cv-06524-JG | Joseph Bondy | KAHN, JAMES |
| 2:88-cv-06533-JG | Kathleen Rieser | ROSENBLEETH, RICHARD |
| 2:88-cv-06534-JG | Joseph Laskoski | ROSENBLEETH, RICHARD |
| 2:88-cv-06535-JG | Bennie B. O'Quinn | ROSENBLEETH, RICHARD |
| 2:88-cv-06542-JG | Chester A. Hermanowicz | BROWN, LAURENCE |
| 2:88-cv-06543-JG | Lloyd Pulda | BROWN, LAURENCE |
| 2:88-cv-06544-JG | Ida Stephens | BROWN, LAURENCE |
| 2:88-cv-06548-JG | Elaine Herrmann | PERLBERGER, NORMAN |
| 2:88-cv-06551-JG | Agnes E. McDonald | MCGILL, JOSEPH |
| 2:88-cv-06553-JG | Katherine Baskins | MURPHY, ROBERT |
| 2:88-cv-06560-JG | James Anderson | WEINFELD, DAVID |
| 2:88-cv-06561-JG | Eileen Bartlomiejus | WEINFELD, DAVID |
| 2:88-cv-06562-JG | Gerald Berger | WEINFELD, DAVID |
| 2:88-cv-06563-JG | Anna M. Bradley | WEINFELD, DAVID |
| 2:88-cv-06564-JG | CATHRINE CAMPBELL | WEINFELD, DAVID |
| 2:88-cv-06565-JG | Catherine Cella | WEINFELD, DAVID |
| 2:88-cv-06567-JG | James Foley | WEINFELD, DAVID |
| 2:88-cv-06568-JG | Colleen Harrison | WEINFELD, DAVID |
| 2:88-cv-06569-JG | Thomas J. Kauterman | WEINFELD, DAVID |
| 2:88-cv-06570-JG | Emily Klouser | WEINFELD, DAVID |
| 2:88-cv-06571-JG | Louis Lucci | WEINFELD, DAVID |
| 2:88-cv-06572-JG | Irene McArthur | WEINFELD, DAVID |
| 2:88-cv-06573-JG | Charles Murray | WEINFELD, DAVID |
| 2:88-cv-06574-JG | Ellenor Nober | WEINFELD, DAVID |

| Case Number | Name | Attorney |
|---|---|---|
| 2:88-cv-06575-JG | John J. Richardson | WEINFELD, DAVID |
| 2:88-cv-06576-JG | Luis Santiago | WEINFELD, DAVID |
| 2:88-cv-06577-JG | Harold L. Shambourger | WEINFELD, DAVID |
| 2:88-cv-06578-JG | Paul A. Simon | WEINFELD, DAVID |
| 2:88-cv-06579-JG | Cory Smith | WEINFELD, DAVID |
| 2:88-cv-06580-JG | Robert M. Valent | WEINFELD, DAVID |
| 2:88-cv-06581-JG | Albert Welch | WEINFELD, DAVID |
| 2:88-cv-06584-JG | John Yosko | WEINFELD, DAVID |
| 2:88-cv-06694-JG | Albert J. Thompson | MARSHALL, DONALD |
| 2:88-cv-06700-JG | Alexander Mulkiewicz | BROWN, LAURENCE |
| 2:88-cv-06702-JG | John Merefield | BROWN, LAURENCE |
| 2:88-cv-06703-JG | William Martin | BROWN, LAURENCE |
| 2:88-cv-06704-JG | JEMMA MATTIO | BROWN, LAURENCE |
| 2:88-cv-06706-JG | Joseph Tomasetti | BROWN, LAURENCE |
| 2:88-cv-06707-JG | Eileen Fisher | BROWN, LAURENCE |
| 2:88-cv-06724-JG | Elsie Gambino | PERLBERGER, NORMAN |
| 2:88-cv-06739-JG | Charles Curry | BROWN, LAURENCE |
| 2:88-cv-06740-JG | Ann Barron | COPPERSTEIN, STEVEN |
| 2:88-cv-06741-JG | Joseph D. Brown | BROWN, LAURENCE |
| 2:88-cv-06742-JG | Dorothy R. Breen | BROWN, LAURENCE |
| 2:88-cv-06750-JG | ANGELA BARONE | WEINFELD, DAVID |
| 2:88-cv-06751-JG | Elizabeth Beinlich | WEINFELD, DAVID |
| 2:88-cv-06752-JG | Ann Bonaventure | WEINFELD, DAVID |
| 2:88-cv-06753-JG | Edward L. Brewer | WEINFELD, DAVID |
| 2:88-cv-06754-JG | Peter L. Buongiovanni | WEINFELD, DAVID |
| 2:88-cv-06755-JG | Chester A. Bush | WEINFELD, DAVID |
| 2:88-cv-06756-JG | Alfred E. Campbell | WEINFELD, DAVID |
| 2:88-cv-06757-JG | Anna Clark | WEINFELD, DAVID |
| 2:88-cv-06758-JG | Elaine Cox | WEINFELD, DAVID |
| 2:88-cv-06759-JG | Anthony J. Crosson | WEINFELD, DAVID |
| 2:88-cv-06760-JG | MADELINE CULLEN | WEINFELD, DAVID |
| 2:88-cv-06761-JG | Elizabeth Foraker | WEINFELD, DAVID |
| 2:88-cv-06762-JG | Connie Gelone | WEINFELD, DAVID |
| 2:88-cv-06763-JG | Caroline Grant | WEINFELD, DAVID |
| 2:88-cv-06764-JG | Dorothy Haughey | WEINFELD, DAVID |
| 2:88-cv-06765-JG | Harry D. Jenkins | WEINFELD, DAVID |
| 2:88-cv-06766-JG | James F. (jr) Judge | WEINFELD, DAVID |
| 2:88-cv-06767-JG | EDWARD A. KOWALEWSKI | WEINFELD, DAVID |
| 2:88-cv-06768-JG | Frank C. Kuczynski | WEINFELD, DAVID |
| 2:88-cv-06769-JG | Eugene E. Matsko | WEINFELD, DAVID |
| 2:88-cv-06770-JG | MICHAEL O'SHEA | WEINFELD, DAVID |
| 2:88-cv-06771-JG | Helen McCullagh | WEINFELD, DAVID |
| 2:88-cv-06772-JG | William A. Rogers | WEINFELD, DAVID |
| 2:88-cv-06773-JG | Doris Ruppel | WEINFELD, DAVID |
| 2:88-cv-06775-JG | Charles E. Settar | WEINFELD, DAVID |
| 2:88-cv-06776-JG | Bertha Shearman | WEINFELD, DAVID |
| 2:88-cv-06777-JG | Caroline Thompson | WEINFELD, DAVID |
| 2:88-cv-06778-JG | Joseph W. Verdone | WEINFELD, DAVID |
| 2:88-cv-06779-JG | Patricia Wood | WEINFELD, DAVID |
| 2:88-cv-06799-JG | Edna Wolfheimer | POWELL, KENNETH |

| | | |
|---|---|---|
| 2:93-cv-05140-JG | MARY ANN PERKINS | BROWN, LAURENCE |
| 2:93-cv-05141-JG | BERNICE ST. GERMAIN | BROWN, LAURENCE |
| 2:93-cv-05202-JG | CHARLES K. BATTIGE | HICKEY, COLLEEN |
| 2:93-cv-05203-JG | FRED A. KULAKOWSKI | HICKEY, COLLEEN |
| 2:93-cv-05443-JG | ROY BERNHARDT | LONG, JAMES |
| 2:93-cv-05957-JG | EDITH JAMES | COHAN, LAWRENCE |
| 2:93-cv-06126-JG | MADELYN GOHN | HICKEY, COLLEEN |
| 2:93-cv-06127-JG | JOSEPH P. LIDWELL | HICKEY, COLLEEN |
| 2:93-cv-06128-JG | WILSON G. CAMPBELL | HICKEY, COLLEEN |
| 2:93-cv-06129-JG | JOHN R. McGRAW | HICKEY, COLLEEN |
| 2:93-cv-06664-JG | JOSEPH KARDOSH | HICKEY, COLLEEN |
| 2:93-cv-06665-JG | DAVID SELTZER | HICKEY, COLLEEN |
| 2:93-cv-06666-JG | EUGENE E. LOOKER | HICKEY, COLLEEN |
| 2:93-cv-06667-JG | PAUL YEHL | HICKEY, COLLEEN |
| 2:93-cv-06668-JG | GERALDINE HANK | HICKEY, COLLEEN |
| 2:93-cv-06699-JG | BARRY J. HEMMERLE | KOSSEFF, ROBERT |
| 2:93-cv-06890-JG | GERALD L. TULLY | PAUL, ROBERT |
| 2:93-cv-07022-JG | VERA D. NORMAN | FORCENO, RAYMOND |
| 2:93-cv-07082-JG | L. L. MYERS | HICKEY, COLLEEN |
| 2:93-cv-07086-JG | ROY BERNHARDT | LONG, JAMES |
| 2:94-cv-00012-JG | FRANCES Representative of the E | WRAGG, O. |
| 2:94-cv-00058-JG | BUSTER BRANHAM | SOLVIBILE, WILLIAM |
| 2:94-cv-00124-JG | ERNEST MCCOY WILLIAMS | SCHAFFZIN, BETHANN |
| 2:94-cv-00127-JG | RAY C. SWEIGART | HICKEY, COLLEEN |
| 2:94-cv-00129-JG | JOHN SCHALL | HICKEY, COLLEEN |
| 2:94-cv-00130-JG | KEITH GRAHAM | HICKEY, COLLEEN |
| 2:94-cv-00131-JG | HELEN LIEBERT | HICKEY, COLLEEN |
| 2:94-cv-00132-JG | RALPH HULL | HICKEY, COLLEEN |
| 2:94-cv-00133-JG | ANN S. BERGAN | HICKEY, COLLEEN |
| 2:94-cv-00134-JG | MARY C. BENAVIDES | HICKEY, COLLEEN |
| 2:94-cv-00135-JG | ROBERT HARTMAN | HICKEY, COLLEEN |
| 2:94-cv-00136-JG | CHARLES COOK | HICKEY, COLLEEN |
| 2:94-cv-00137-JG | HARVEY WAGGONER | HICKEY, COLLEEN |
| 2:94-cv-00138-JG | KATHRYN L. DEVENEY | HICKEY, COLLEEN |
| 2:94-cv-00139-JG | WARREN E. MILLER | HICKEY, COLLEEN |
| 2:94-cv-00140-JG | JAMES R. KINER | HICKEY, COLLEEN |
| 2:94-cv-00141-JG | BETTY SNYDER | HICKEY, COLLEEN |
| 2:94-cv-00142-JG | FRANCES FORTNEY | HICKEY, COLLEEN |
| 2:94-cv-00143-JG | GEORGE CARR | HICKEY, COLLEEN |
| 2:94-cv-00144-JG | MARIAN WELLER | HICKEY, COLLEEN |
| 2:94-cv-00299-JG | ANGELA MESSINA | HICKEY, COLLEEN |
| 2:94-cv-00301-JG | EMMA STANTON | NASS, EDWARD |
| 2:94-cv-00628-JG | HAYWOOD EVANS | PAUL, ROBERT |
| 2:94-cv-00629-JG | ANNE FARLEY | PAUL, ROBERT |
| 2:94-cv-00630-JG | JOSEPH H. SUZENSKI | PAUL, ROBERT |
| 2:94-cv-00631-JG | CATHERINE ELLIOTT | PAUL, ROBERT |
| 2:94-cv-01091-JG | ELIZABETH KAROLY | BROWN, LAURENCE |
| 2:94-cv-01099-JG | STEVEN EDGEHOUSE | CAPPELLI, JOSEPH |
| 2:94-cv-01140-JG | SABINA IZAGUIRRE | FORCENO, RAYMOND |
| 2:94-cv-01277-JG | ANTHONY P. CAPP | HOWARD, GEORGE |